## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORTEZ L. WOOTEN,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                          No. 13-1335-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 24, 2014 (Doc. 9), Petitioner's Motion is **DENIED** and his claims are **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   s/*Caitlin Fischer*
                Deputy Clerk

Dated:   October 24, 2014

Digitally signed by
David R. Herndon
Date: 2014.10.24
14:21:08 -05'00'

APPROVED:
                U.S. DISTRICT JUDGE
                U. S. DISTRICT COURT